UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Joh W. Conn,

        Plaintiff

v.

Equifax Credit Reporting, et al.,

        Defendants

Case No.: 2:21-cv-0558-JAD-EJY

**Order Adopting Report and Recommendation**

[ECF No. 5]

On July 21, 2021, the magistrate judge screened pro se plaintiff John W. Conn's complaint in this Fair Credit Reporting Act case and recommends that I dismiss Conn's amended complaint[1] with leave to amend.[2] The deadline for any party to object to that recommendation was August 4, 2021, and no party filed anything. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the R&R, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 5] is ADOPTED** in its entirety. The amended complaint is dismissed with leave to amend. **Plaintiff has until September 17, 2021, to file a second amended complaint** if he can cure the deficiencies identified in that report and recommendation [ECF No. 5]. If the plaintiff does not file a second amended complaint that cures the deficiencies

---

[1] ECF No. 6.

[2] ECF No. 5.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

by September 17, 2021, this case will be deemed abandoned and closed without further prior notice.

The Clerk of Court is directed to send the plaintiff:

- A copy of the report and recommendation so he can review the discussion of the deficiencies with his pleading [ECF No. 5]; and
- The court's form pro se complaint for a civil case.

                                     _____
                                     U.S. District Judge Jennifer A. Dorsey
                                     Dated: August 14, 2021